

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Hilda Hankerson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IBM Lender Business Process<br>Services, Inc.,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>Number 1:11-cv-1316-TCB |

## **O R D E R**

This matter is before the Court on Plaintiff's motion for a temporary restraining order to prevent Defendant from foreclosing on her house [2]. The motion was contained within Plaintiff's complaint, which she filed in the Superior Court of Fulton County on March 21, 2011, and which Defendants have now removed to this Court.

Plaintiff's request for injunctive relief is based primarily upon her contention that she was "never provided with a reinstatement figure or final loan modification documents." Plaintiff avers that she was entitled to a right to reinstate her loan, but asserts no facts that would support a finding

that she would have been financially able to reinstate her loan had the opportunity been given.  Moreover, a "Deed Under Power" attached to the removal notice shows that Plaintiff's property was sold at public auction on April 14, 2011 [1-4].  Plaintiff has failed to carry her burden of showing that she has a substantial likelihood of success on the merits of her claims for wrongful foreclosure and of showing that she is likely to suffer irreparable harm in the absence of an injunction, especially considering that the foreclosure appears to have already taken place.  Thus, the facts she has presented do not entitled her to injunctive relief.  *See Johnson & Johnson Vision Care, Inc. v. 1-800 Contacts, Inc.*, 299 F.3d 1242, 1246 (11th Cir. 2002).  Accordingly, Plaintiff's motion for a temporary restraining order [2] is hereby DENIED.

　　IT IS SO ORDERED this 2nd day of May, 2011.

_____
Timothy C. Batten, Sr.
United States District Judge